BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU, #212144
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-MJ-4 SMS |
| Plaintiff, ) | |
| ) | ORDER TO DISMISS |
| ) | (Fed. R. Crim. P. 48(a)) |
| v. ) | |
| ) | |
| SAMUEL ESEQUEL ESQUIBEL, ) | |
| Defendant. ) | |

**ORDER**

This matter having come before the court pursuant to a written order to dismiss the above-entitled complaint as to this defendant, pursuant to Federal Rule of Criminal Procedure 48(a);

IT IS ORDERED that the complaint be dismissed in the interest of justice as to this defendant.

IT IS SO ORDERED.

Dated:   September 6, 2012                          /s/ Gary S. Austin
                                                                UNITED STATES MAGISTRATE JUDGE